UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                    :
GENA OVERBY,                                        :
                                                    :
                              Plaintiff,            :
                                                    :
              -v-                                   :              26-CV-3170 (JMF)
                                                    :
EXTELL DEVELOPMENT COMPANY et al,                   :                  ORDER
                                                    :
                              Defendants.           :
                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff Gena Overby brings this action against Defendants Extell Development

Company, 726 Eighth LLC, and Trident General Contracting LLC, invoking the Court's subject

matter jurisdiction on the ground of diversity of citizenship.  *See* 28 U.S.C. § 1332.  Plaintiff

alleges that she is a citizen of Oklahoma.  *See* ECF No. 1 ("Compl."), ¶ 3.  She also alleges that

the action "is between citizens of different States," *id.* ¶ 3, and that she will "amend [her]

allegations regarding the citizenship of the members of the [LLC Defendants] as necessary once

the members' identities and citizenship are confirmed," *id.* ¶¶ 5, 7.

        As Plaintiff recognizes, a limited liability company ("LLC") is deemed to be a citizen of

each state of which its members are citizens.  *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*,

213 F.3d 48, 51-52 (2d Cir. 2000); *see also Altissima Ltd. v. One Niagara LLC*, No. 08-CV-

756S(M), 2010 WL 3504798, at *2 (W.D.N.Y. Sept. 2, 2010) (noting that every other Court of

Appeals to have considered LLC citizenship has held that an LLC has the citizenship of all of its

members).  Thus, a complaint premised upon diversity of citizenship must allege the citizenship

of natural persons who are members of an LLC and the place of incorporation and principal

place of business of any corporate entities that are members of the LLC (including the

citizenship of any members of the LLC that are themselves LLCs).  *See Handelsman*, 213 F.3d at 51-52; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010).  Additionally, a party's citizenship, including the citizenship of LLC members, "must be affirmatively pled."  *Prospect Funding Holdings, LLC v. Fennell*, No. 15-CV-4176 (LLS), 2015 WL 4477120, at *1 (S.D.N.Y. July 15, 2015); *see also Flemming v. Port Auth. of New York & New Jersey*, No. 21-CV-1112 (BMC), 2021 WL 878558, at *1 (E.D.N.Y. Mar. 9, 2021) ("It is not enough to allege, in conclusory fashion, that none of a[n] LLC[] [party's] members are citizens of the same state as [the opposing party].").  In the present case, the Complaint fails to affirmatively plead the citizenship of each member of the Defendant LLCs.

Accordingly, it is hereby ORDERED that, **no later than April 28, 2026**, Plaintiff shall amend her Complaint to affirmatively allege the citizenship of each constituent person or entity comprising the Defendant LLCs as well as the citizenship of all individual parties.  If, by that date, Plaintiff is unable to amend the Complaint to truthfully allege complete diversity of citizenship, then the Complaint will be dismissed for lack of subject matter jurisdiction without further notice to either party.

SO ORDERED.

Dated: April 21, 2026
    New York, New York

JESSE M. FURMAN
United States District Judge